```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

NANKISHORE BASIL, ET AL.,

          Plaintiffs,

  - against -

UNION MUTUAL FIRE INSURANCE COMPANY,

          Defendant.

23-cv-3107 (JGK)

ORDER

―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **May 8, 2023.**

SO ORDERED.

Dated:    New York, New York
           April 21, 2023

                                      _____
                                         John G. Koeltl
                                  **United States District Judge**