UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANKISHORE BASIL,

                Plaintiff(s)

            23 civ 3107 (JGK)

    -against-

UNION MUTUAL FIRE INSURANCE COMPANY,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order entered on May 9, 2023,

The conference scheduled for Tuesday, August 9, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 28, 2023