UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANKISHORE BASIL, ET AL.,

                Plaintiffs,

     - against -

UNION MUTUAL FIRE INSURANCE COMPANY,

                Defendant.

23-cv-3107 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to re-file their stipulations of voluntary dismissal. ECF Nos. 19 and 20.

SO ORDERED.

Dated:    New York, New York
            February 6, 2024

                                      John G. Koeltl
                            United States District Judge